THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA
California Bar Number 187176
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6117
    Facsimile: (213) 894-7819
    Email: Sharla.Cerra@usdoj.gov

Attorneys for Defendant,
    Commissioner of Social Security

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DOROTHY ENGLISH, ) | CV 08-1841 VBK |
|     Plaintiff, ) | **JUDGMENT FOR PLAINTIFF** |
|         v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
|     Defendant. ) | |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATE: November 12, 2008

                                                /s/
                                  VICTOR B. KENTON
                                  United States Magistrate Judge